JENNIFER E. HOEKEL, ESQ. (admitted *pro hac vice*)
Email: JHoekel@armstrongteasdale.com
LAURA A. BENTELE, ESQ. (admitted *pro hac vice*)
Email: LBentele@armstrongteasdale.com
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd.
Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 621-5065

RUSSELL I. GLAZER (SBN 166198)
Email: rglazer@troygould.com
JENNIFER C. WANG (SBN 280560)
Email: jwang@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone: (310) 553-4441
Facsimile: (310) 201-4746

Attorneys for Defendant
Manna Pro Products, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY HALE Individually and on Behalf of Other Members of the General Public Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MANNA PRO PRODUCTS, LLC; DOES 1-10, INCLUSIVE,<br><br>Defendant. | Case No.: 2:18-cv-00209-KJM-DB<br><br>**ORDER** |

Based on the stipulation of the parties, and good cause appearing therefore:

1. Plaintiff shall file and serve its second amended complaint within fourteen (14) days of August 24, 2018 (i.e., on or before September 7, 2018);

2. Defendant shall respond to the second amended complaint within the time provided by Fed. R. Civ. P. 15(a)(3); and

3. If Plaintiff does not timely file and serve its second amended complaint as contemplated above, Defendant shall have until September 14, 2018 to respond to the First Amended Complaint.

IT IS SO ORDERED.

DATED: August 31, 2018.

_____
UNITED STATES DISTRICT JUDGE