UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY HALE, | No. 2:18-cv-00209-KJM-DB |
| Plaintiff, | |
| v. | ORDER |
| MANNA PRO PRODUCTS, LLC; DOES 1-10, INCLUSIVE, | |
| Defendant. | |

After reviewing the parties' stipulation, ECF No. 32, the court modifies the status (pretrial scheduling) order, ECF No. 30, as follows: the April 5, 2019 deadline to hear dispositive motions is VACATED and the court SETS a July 19, 2019 deadline to file dispositive motions. No other dates are modified.

IT IS SO ORDERED.

DATED: November 21, 2018.

_____
UNITED STATES DISTRICT JUDGE

1