1  JENNIFER E. HOEKEL, ESQ. (admitted *pro hac vice*)
   Email: JHoekel@armstrongteasdale.com
2  LAURA A. BENTELE, ESQ. (admitted *pro hac vice*)
   Email: LBentele@armstrongteasdale.com
3  ARMSTRONG TEASDALE LLP
   7700 Forsyth Blvd.
4  Suite 1800
   St. Louis, MO 63105
5  Telephone:   (314) 621-5070
   Facsimile:   (314) 621-5065
6
7  RUSSELL I. GLAZER (SBN 166198)
   Email: rglazer@troygould.com
8  JENNIFER C. WANG (SBN 280560)
   Email: jwang@troygould.com
   TROYGOULD PC
9  1801 Century Park East, 16th Floor
   Los Angeles, CA 90067-2367
10 Telephone:   (310) 553-4441
   Facsimile:   (310) 201-4746
11
   Attorneys for Defendant
12 Manna Pro Products, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY HALE Individually and on Behalf of Other Members of the General Public Similarly Situated, | Case No.: 2:18-cv-00209-KJM-DB |
| Plaintiff, | **ORDER** |
| v. | |
| MANNA PRO PRODUCTS, LLC; DOES 1-10, INCLUSIVE, | |
| Defendant. | |

Based on the stipulation of the parties, and good cause appearing therefore:

1. The Pretrial Scheduling Order (Doc. No. 30) will be modified to reflect a deadline for filing of the motion or class certificate by July 19, 2019, consistent with the deadline for the dispositive motion filing cut-off date of July 19, 2019.

2. Filing of opposition for class certification to be completed by August 23, 2019.

3. Filing of reply in support of motion for class certification to be completed by September 5, 2019.

4. Hearing on motion for class certification is set for September 20, 2019 at 10:00 a.m. in courtroom number 3.

IT IS ORDERED.

DATED: January 15, 2019.

_____
UNITED STATES DISTRICT JUDGE