Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY HALE individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MANNA PRO PRODUCTS, LLC; DOES 1-10, INCLUSIVE,<br><br>Defendant. | Case No. **2:18-cv-00209-KJM-DB**<br><br>**Order Regarding Notice of Settlement** |

IT IS HEREBY ORDERED that pursuant to the Notice of Settlement, ECF No. 38, all pending hearing dates and deadlines are vacated. The Parties shall have ninety (90) days to finalize the settlement documents and file preliminary approval papers. Plaintiff's Motion for Preliminary Approval of Class Action Settlement shall be filed no later than August 30, 2019.

DATED: June 4, 2019.

_____
UNITED STATES DISTRICT JUDGE