# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY HALE individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MANNA PRO PRODUCTS, LLC; DOES 1-10, INCLUSIVE,<br><br>Defendant. | Case No. 2:18-cv-00209-KJM-DB<br><br>**ORDER GRANTING STIPULATION FOR AN ORDER CONTINUING THE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL** |

The Court having reviewed the parties' joint stipulation for an order continuing the deadline to file the motion for preliminary approval hereby GRANTS the stipulation.

The parties shall have until October 25, 2019, to file a Motion for Preliminary Approval.

**IT IS SO ORDERED.**

DATED: September 3, 2019.

_____
UNITED STATES DISTRICT JUDGE

1