UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY HALE, et al., | No.  2:18-cv-00209-KJM-DB |
| Plaintiffs, | ORDER |
| v. | |
| MANNA PRO PRODUCTS, LLC, et al., | |
| Defendants. | |

The court is in receipt of the parties' stipulation to amend the order preliminarily approving the class settlement agreement.  *See* ECF No. 58.  The parties now propose to give notice to class members by publication because there is "no way to obtain . . . customers['] contact information such that direct notice can be given to . . . class members."  *Id.* at 2.  The settlement agreement previously provided that "unclaimed or uncashed settlement checks would be paid to the California State Controller's Office: Unclaimed Property in the name of each respective class member."  Order at 15, ECF No. 58.  It is unclear from the parties' stipulation whether customer names and contact information can no longer be obtained for all class members; if not, then the  previously proposed method for distributing unpaid funds appears impossible.

1      The parties are directed to submit a joint statement addressing how unclaimed

2   funds will be distributed if notice is given by publication.  If necessary, the parties should attempt

3   to submit a stipulated request to approve an amended distribution plan for any unclaimed funds.

4   The joint statement and any stipulation shall be filed **within fourteen days**.  The court defers any

5   decision on the parties' stipulation at ECF No. 59.

6      IT IS SO ORDERED.

7   DATED:  November 2, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE