UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashley Hale individually, and on behalf of other members of the general public similarly situated,<br>             Plaintiffs,<br>     v.<br>Mana Pro Products, LLC; et al.,<br>             Defendants. | No. 2:18-cv-00209-KJM-DB<br><br>ORDER |

The parties have jointly stipulated to amend the court's Order Granting Preliminary Approval, ECF Nos. 59 & 61.  Having reviewed the Stipulation and supporting materials, the court directs the parties to submit a joint statement explaining the appropriateness of the *cy pres* distribution; addressing how the remedy is the "'next best distribution' of settlement funds" and how it "bears a substantial nexus to the interests of the class members."  *Lane v. Facebook, Inc.*, 696 F.3d 811, 821 (9th Cir. 2012) (internal quotations omitted) (citation omitted)).  The parties may include in the joint statement a stipulated request to approve the *cy pres* distribution.  The joint statement and any stipulation shall be filed within **fourteen days**.  The court again defers any decision on the parties' stipulation at ECF No. 59.

/////

1

1    Accordingly, the final approval hearing set for December 11, 2020 is
2 continued to January 22, 2021 at 10:00 AM.
3    IT IS SO ORDERED.
4 DATED: December 8, 2020.
5

_____
CHIEF UNITED STATES DISTRICT JUDGE