# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ASHLEY HALE,**

CASE NO: **2:18–CV–00209–KJM–DB**

v.

**MANNA PRO PRODUCTS, LLC,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/27/2021**

**Keith Holland**
Clerk of Court

ENTERED:  **October 27, 2021**

by: /s/ L. Reader
Deputy Clerk